

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00412-CV

WILLIAM READY, Appellant

V.

MICHAEL DOUGLAS, Appellee

Appeal from the 506th District Court of Waller County.  (Tr. Ct. No. 12-10-21659-B).

**TO THE 506TH DISTRICT COURT OF WALLER COUNTY, GREETINGS:**

Before this Court, on the 5th day of May 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on February 14, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment.  Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.
>
> The Court **orders** that the appellees, Michael Douglas, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered May 5, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 17, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

